IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DONALD T. GAZAWAY, | : | No. 20-cv-1024 |
| Petitioner, | : | Judge Matthew W. McFarland |
| vs. | : | |
| WARDEN, NOBLE CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 21)**

This action is before the Court upon the Report and Recommendation (the "Report") (Doc. 21) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, Magistrate Judge Bowman recommends that Petitioner's Motion to Alter or Amend (Doc. 20) be denied. Petitioner submitted timely objections (Doc. 23) Thus, the matter is ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Petitioner's Objections are not well-taken and are accordingly **OVERRULED**. Thus, the Court **ADOPTS** Magistrate Judge Bowman's Report and Recommendation (Doc. 21) in its entirety and **ORDERS** the following:

(1) Petitioner's Motion to Alter or Amend (Doc. 20) is **DENIED**; and

(2) Petitioner is **DIRECTED** that, if he seeks further review of his petition, Petitioner must file an appeal of this Court's judgment to the Sixth Circuit Court of Appeals.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*

MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE